IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN HOBON,
individually and on behalf of
all others similarly situated,

        Plaintiff,

                            CASE NO. 17-cv-947

  v.

PIZZA HUT OF SOUTHERN WISCONSIN, INC.
d/b/a PIZZA HUT, et al.

        Defendants.

## NOTICE OF WITHDRAWAL OF CONSENT TO JOIN

PLEASE BE ON NOTICE that, pursuant to the Court's October 3, 2018 Order compelling certain putative collective action members to arbitration (ECF No. 43), Plaintiff hereby notifies the Court that the following opt-in plaintiffs withdraw their consent to join this matter:

1. Anthony Green;
2. Cosme Garcia;
3. Andrew Taft;
4. Marina Younger;
5. Marshall Barnes; and
6. John Britt.

Defendants have produced arbitration agreements for these opt-in plaintiffs and Andrew Taft, Marina Younger, Marshall Barnes, and John Britt have filed their claims with the American Arbitration Association.

Dated this 15th day of January, 2019.

                                      Respectfully submitted,

                                      *s/ Larry A. Johnson*
                                      Summer Murshid
                                      Bar Number 1075404
                                      Larry A. Johnson
                                      Bar Number 1056619
                                      Timothy Maynard
                                      Bar Number 1080953
                                      Attorneys for Plaintiffs

                                      **Hawks Quindel, S.C.**
                                      222 East Erie, Suite 210
                                      P.O. Box 442
                                      Milwaukee, WI 53201-0442
                                      Telephone: 414-271-8650
                                      Fax: 414-271-8442
                                      E-mail: ljohnson@hq-law.com
                                                    tmaynard@hq-law.com
                                                    smurshid@hq-law.com