## CONSENT FORM

I hereby consent to make a claim against Pizza Hut of Southern Wisconsin, Inc. d/b/a Pizza Hut, Rockford Pizza, LLC, MSG Delco, LLC, Pizza Hut of Madison, Inc., Pizza Hut of Rock County, Inc., Divo Enterprises, Inc., Pizza Hut of Waunakee, Inc., Pizza Hut of Platteville, Inc., Pizza Hut of Mauston, LLC, and Southing Grange, Inc. (hereinafter collectively referred to as "Pizza Hut") for unpaid minimum and overtime wages. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against Pizza Hut.

In the past three years, I worked as a delivery driver for Pizza Hut, have used my personal vehicle to deliver pizza and other items sold by Pizza Hut, and have not been paid minimum wage because Pizza Hut's per-mile delivery reimbursement has not fully compensated me for my vehicle expenses.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate the Named Plaintiff John Hobon to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____  3/9/19
Signature and Date

Dominick Krautsack
DOMINICK KRAUTSACK

Mail or Email to:
Hawks Quindel, S.C.
Attn: Larry A. Johnson
PO Box 442
Milwaukee, Wisconsin 53201
Telephone: (414) 271-8650
Email: ljohnson@hq-law.com
www.hq-law.com