IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**JOHN HOBON, individually and on
behalf of all others similarly situated,**

      **Plaintiff,**

              v.

                                                          Case No. 17-CV-947

**PIZZA HUT OF SOUTHERN WISCONSIN, INC.,
d/b/a PIZZA HUT.**

      **Defendants.**

**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS
AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff John Hobon ("Hobon"), individually and on behalf of the potential Opt-In Plaintiffs and the putative Class Members, by and through his attorneys, Hawks Quindel, S.C., by Larry Johnson, Summer Murshid, and Tim Maynard, and Defendants Pizza Hut of Southern Wisconsin, Inc., Rockford Pizza, LLC, MSG Delco, LLC, Pizza Hut of Madison, Inc., Pizza Hut of Rock County, Inc., Divo Enterprises, Inc., Pizza Hut of Waunakee, Inc., Pizza Hut of Platteville, Inc., Pizza Hut of Mauston, LLC, and Southing Grange, Inc. (collectively, "PHSW"), by their attorneys, Brian Spahn, Josh Johanningmeier, Erin Cook, and Rebeca Lopez of Godfrey & Kahn, SC., submit this Joint Motion for Preliminary Approval of Class and Collective Action Settlement. Hobon and PHSW )"the Parties"(, through negotiation, reached a settlement in this case on March 14, 2019 on a class-wide basis. In connection with this settlement, the Parties respectfully move the Court for the following:

1. An Order preliminarily approving the Settlement Agreement attached as Exhibit 1 (Dkt. 94-1) to this Motion as a fair, reasonable, and adequate resolution of disputed claims under the FLSA as well as Wisconsin and Illinois Law;

2. An Order granting the Parties' Joint Stipulation to Class Certification and Amended Stipuation to Conditional Certification of the 29 U.S.C. 216(b) Collective Class;

3. An Order appointing John Hobon as Class Representative;

4. An Order appointing Hawks Quindel, S.C. as Class Counsel pursuant to FED.R.CIV.P. 23(g);

5. An Order approving the Notices of Class Action Settlement and the Consent in the form of Exhibits 3(a), 3(b), and 4 to the Settlement Agreement (Dkts. 94-4, 5) for distribution to all putative members of the Rule 23 Class and Collective Class and approving that the provision of the Notice of Class Action Settlement by mail constitutes valid, due, and sufficient notice to Rule 23 Class and Collective Class Members;

6. An Order that Rust Consulting ("Administrator") shall mail the Notice of Class Action Settlement to the Class Members within fifteen (15) days of the Court's Order Preliminarily Approving the Settlement Agreement;

7. An Order that putative members of the Collective Class may join their FLSA claim in this matter by returning their Consent Forms within sixty (60) days of the Notice's mailing;

8. An Order that any Rule 23 Class member who wishes to exclude him/herself from the Parties' Settlement of Wisconsin and Illinois law claims as alleged in the Amended Complaint must opt-out per the instructions set forth in the Notice within sixty (60) days of the Notice's Mailing;

9. An Order that any Rule 23 Class member who wishes to object in any way to the proposed Settlement Agreement must file and serve such written objections per the instructions set forth in the Notice no later than sixty (60) days after the Notice's mailing, together with copies of all papers in support of his or her position;

10. An Order that Class Counsel shall file a Motion for Approval of Attorneys' Fees and Costs no later than twenty-one (21) days prior to the Court's date for a Fairness Hearing, and any supplemental brief in support of final approval of the Agreement or in response to any objections to the application for attorneys' fees must be filed at least seven (7) days before the Fairness Hearing; and

11. An Order setting a Fairness Hearing at least ninety (90) days from the Court's Order Preliminarily Approving the Settlement at which the Court shall determine whether to finally approve the Parties' Settlement Agreement and, if so, in what amount attorneys' fees and reimbursement of costs and expenses should be awarded to Class Counsel.

Dated this 31st day of July, 2019.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **Godfrey & Kahn, S.C.**<br>**Attorneys for Defendants** | **Hawks Quindel, S.C.**<br>**Attorneys for Plaintiff** |
| <u>s/ Brian Spahn</u><br>Josh Johanningmeier, SBN 1041135<br>jjohanni@gklaw.com<br>One East Main Street<br>Madison, WI 53709<br>Telephone: (608) 257-3911<br>Fax: (608) 257-0609<br><br>Brian Spahn, SBN 1060080<br>bspahn@gklaw.com<br>Erin M. Cook, SBN 1074294<br>mcook@gklaw.com | <u>s/ Timothy P. Maynard</u><br>Larry A. Johnson, SBN 1056619<br>ljohnson@hq-law.com<br>Summer H. Murshid, SBN 1075404<br>smurshid@hq-law.com<br>Timothy P. Maynard, SBN 1080953<br>tmayard@hq-law.com<br>222 East Erie Street, Suite 210<br>PO Box 442<br>Milwaukee, WI 53201-0442<br>Telephone: (414) 271-8650<br>Fax: (414) 271-8442 |

Rebeca M. López, SBN 1084842
rlopez@gklaw.com
833 East Michigan Street
Suite 1800
Milwaukee, WI 53202
Telephone: (414) 273-3500
Fax: (414) 273-5198