IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**JOHN HOBON,**
**individually, and on behalf of**
**all others similarly situated,**

       Plaintiff,                          CASE NO. 17-cv-947-slc

    v.

**PIZZA HUT OF SOUTHERN WISCONSIN d/b/a**
**PIZZA HUT*, et al.*,**

       Defendants.

---

### PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL

---

Plaintiff John Hobon ("Plaintiff"), on behalf of himself and the certified Rule 23 Class Members, (collectively Class Members), pursuant to Rule 23, hereby respectfully requests the Court fully and finally approve the Settlement Agreement in this matter. Defendants do not oppose this motion.

1. The Parties reached a settlement agreement to resolve Plaintiff's claims on a class-wide basis.

2. On August 9, 2019, the Court entered an Opinion and Order granting preliminary approval of the settlement agreement, which found the settlement agreement was facially reasonable, certified the Class pursuant to Rule 23, approved the form and content of the Notice sent to Class Members, and set the fairness hearing. (Dkt. No. 100.)

3. Currently pending before the Court is Plaintiff's motion for an award of attorneys' fees and costs. (Dkt. No. 101.)

4. As the notice periods have closed, there have been no objectors, nor excluders, Plaintiff moves the Court for final approval and respectfully requests the Court enter the proposed order filed with this motion.

Dated this 27th day of November 2019.

>Respectfully submitted,
>
> *s/ Larry A. Johnson*
> Larry A. Johnson
> Bar Number 1056619
> Summer Murshid
> Bar Number 1075404
> Timothy Maynard
> Bar Number 1080953
>
> **Hawks Quindel, S.C.**
> 222 East Erie, Suite 210
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Telephone: 414-271-8650
> Fax: 414-271-8442
> E-mail: ljohnson@hq-law.com
>         smurshid@hq-law.com
>         tmaynard@hq-law.com
>
> Class Counsel

21539867.1